THOMAS P. BRENNAN *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 16372) is denied.

*Thomas P. Brennan,* pro se, in support of the petition.

*Charles Krich,* assistant commission counsel, in opposition.

Decided April 24, 1997